## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JAMES EYBERG, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VI-JON, LLC,<br><br>Defendant. | Case No. 4:23-cv-00990-PLC |

### DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED COPIES OF NOTICE OF REMOVAL AND EXHIBIT B

Pursuant to Local Rule 13.05, Defendant Vi-Jon, LLC ("Vi-Jon"), respectfully moves this Court for an Order granting leave to file under seal an unredacted copy of its Notice of Removal and an unredacted copy of Exhibit B to that Notice of Removal for an indefinite duration. Where these filings contain confidential and competitively sensitive business information, where Vi-Jon would suffer harm if such information were ever unsealed, and where Plaintiff would suffer no prejudice by the indefinite sealing of this information, good cause exists to grant this Motion. In further support of this Motion, Vi-Jon refers to its Memorandum in Support of its Motion to Seal filed contemporaneously herewith under seal. Attached hereto under seal are unredacted copies of the Notice of Removal and Exhibit B.

WHEREFORE, Vi-Jon respectfully requests that the Court grant Vi-Jon's Motion to Seal and allow it to file unredacted versions of the Notice of Removal and Exhibit B to that Notice of Removal.

CORE/0809727.0008/183712928.1

DATED: August 9, 2023     Respectfully submitted,

**STINSON LLP**

By: /s/ *Megan McCurdy*

John W. Moticka, Mo. 31760
7700 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
Telephone: (314) 863-0800
Facsimile: (314) 863-9388
john.moticka@stinson.com

Megan A. McCurdy, Mo. 60071
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
megan.mccurdy@stinson.com

**STEPTOE & JOHNSON**

Anthony Hopp (*pro hac vice* forthcoming)
227 West Monroe Street, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 577-1300
Facsimile: (312) 577-1370
ahopp@steptoe.com

Melanie Ayerh *(pro hac vice forthcoming)*
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9432
Facsimile: (213) 439-9599
mayerh@steptoe.com

Carol Brophy *(pro hac vice* forthcoming)
One Market Plaza, Steuart Tower, 10th Floor
San Francisco, California 94105
Telephone: (415) 365-6724
cbrophy@steptoe.com

**ATTORNEYS FOR DEFENDANT**

CORE/0809727.0008/183712928.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

David L. Steelman
Stephen F. Gaunt
Bryce C. Crowley
Steelman Gaunt Crowley
901 N. Pine Street, Suite 110
P.O. Box 1257
Rolla, MO 65402
dsteelman@sgclawfirm.com
sgaunt@sgclawfirm.com
bryce@sgclawfirm.com
ATTORNEYS FOR PLAINTIFF

*/s/ Megan McCurdy*
**ATTORNEY FOR DEFENDANT**

CORE/0809727.0008/183712928.1